KAMER ZUCKER ABBOTT
Scott M. Abbott			#4500
Kaitlin H. Paxton			#13625
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
kpaxton@kzalaw.com

Attorneys for Defendant
The Marshall Retail Group, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELLEN ELEAZAR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00605-JAD-VCF<br><br>Order and<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 14 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. The parties are to bear their own attorney's fees and costs, except as otherwise provided.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 8th day of November 2018.

Respectfully submitted,

| HOLMAN LAW OFFICE | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ *Kristina S. Holman* | By: /s/ *Scott M. Abbott* |
| Kristina S. Holman #3742<br>3470 East Russell Road, Suite 202<br>Las Vegas, Nevada 89120<br>Tel: (702) 614-4777 | Scott M. Abbott #4500<br>Kaitlin H. Paxton #13625<br>3000 West Charleston Boulevard, Suite 3<br>Las Vegas, Nevada 89102-1990<br>Tel: (702) 259-8640 |
| Attorney for Plaintiff<br>Ellen Eleazer | Attorneys for Defendant<br>The Marshall Retail Group, LLC |

## ORDER

Based on the parties' stipulation **[ECF No. 14]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 9, 2018

KAMER ZUCKER ABBOTT  *Attorneys at Law*
3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640

Page 2 of 2